

FINDING RE PROBABLE CAUSE

# 2:24-MJ-03384-DUTY

On June 9, 2024, at 4:20 a̶/p.m., Agent Jason A. Willock of the Drug Enforcement Administration appeared before me telephonically regarding the probable cause arrest of defendant HARMI HENARE DAVIS, occurring on June 7, 2024, at Los Angeles, California.

Having reviewed the Criminal Complaint and supporting affidavit filed concurrently herewith, the Court finds that there **exists/does not exist** probable cause to arrest the defendant for a violation of Title 21, United States Code, Section 841(a)(1).

/ ✓ / It is ordered that defendant HARNI HENARE DAVIS be held to answer for proceedings under Federal Rule of Criminal Procedure 5 / 40 on _____.

/___/ It is ordered that defendant HARNI HENARE DAVIS be discharged from custody on this charge forthwith.

DATED: June 9, 2024, at 4:20 a̶.̶m̶./p.m.

_____
HON. JEAN P. ROSENBLUTH
UNITED STATES MAGISTRATE JUDGE